ROBERT F. HAYDEN, PETITIONER-RESPONDENT, v. HOLLYWOOD GOLF CLUB, RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Thomas F. Shebell* and *Thomas F. Shebell, Jr.* for the petitioner.

*Messrs. Carton, Nary, Witt & Arvanitis* and *Mr. Frederick M. Raffetto* for the respondent.

May 4, 1966. Denied.

THOMAS H. PETERSON, JR., PLAINTIFF-PETITIONER, v. GENERAL MOTORS CORP., *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Joseph L. Freeman,* for the petitioner.

*Mr. Arthur J. Sills, Mr. John W. Hayden, Messrs.. Carpenter, Bennett & Morrissey* and *Mr. John C. Heavey, Jr.* for the respondents.

May 3, 1966. Denied.

ROBERT J. L. CADIEN, PLAINTIFF-RESPONDENT, v. BOARD OF EDUCATION OF THE DISTRICT OF CLIFFSIDE PARK, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Bauer, Bogosian & Whyte* for the petitioner.

*Messrs. Kauper & Cosgrove* and *Mr. Arthur Knaster* for the respondent.

May 3, 1966. Denied.